WILLIAM P. RICHARDSON, Appellant, *v.* GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent.

*Richardson* v. *Cheney*, 146 App. Div. 686, affirmed.
(Argued March 17, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1911, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint in an action to recover a sum of money alleged to have been deposited by the plaintiff with the European-American Bank as collateral security for a loan made to the plaintiff by said bank at a time previous to the date on which said bank was closed by the state superintendent of banks.

*William F. Purdy* and *Pierre M. Brown* for appellant.

*A. Welles Stump* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.